J. Preston Stieff, USB #4764
J. PRESTON STIEFF LAW OFFICES
136 East South Temple, Suite 2400
Salt Lake City, UT 84111-2221
Telephone: (801) 366-6002
Facsimile: (801) 366-6007
Email: jpslaw@qwestoffice.net

Alvina L. Earnhart (*Pro Hac Vice Pending*)
FREDERICKS PEEBLES & MORGAN, LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155
Email: aearnhart@ndnlaw.com

*Attorneys for Defendants Ute Indian Tribe of the Uintah and Ouray Reservation; Business Committee for the Ute Tribe of the Uintah and Ouray Reservation; Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation; Irene C. Cuch; Ronald J. Wopsock; Frances M. Poowegup; Stewart Pike, Sr.; Richard Jenks, Jr.; Phillip Chimburas; and Honorable Smiley Arrowchis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HONORABLE CLAIR M. POULSON, in his official capacity as Judge of the Duchesne County Justice Court, and DEREK DALTON,<br><br>Plaintiffs,<br><br>v.<br><br>UTE INDIAN TRIBE OF THE UINTAH and OURAY RESERVATION; BUSINESS COMMITTEE FOR THE UTE TRIBE OF THE UINTAH and OURAY RESERVATION; TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH and OURAY RESERVATION; IRENE C. CUCH, in her official capacity as Chairman of the Business Committee for the Ute Tribe; RONALD J. WOPSOCK, in his official capacity as Vice- | **MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. 12(b)(1), (2), (4) AND (5) BY DEFENDANTS UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION;BUSINESS COMMITTEE OF THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION; TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION; IRENE C. CUCH; RONALD J. WOPSOCK; FRANCES M. POOWEGUP; STEWART PIKE, SR.; PHILLIP CHIMBURAS; AND HONORABLE SMILEY ARROWCHIS** |

| | |
|---|---|
| Chairman of the Business Committee for the Ute Tribe; FRANCES M. POOWEGUP, in her official capacity as a Member of the Business Committee for the Ute Tribe; STUART PIKE, SR., in his official capacity as a Member of the Business Committee for the Ute Tribe; RICHARD JENKS, JR., in his official capacity as a Member of the Business Committee for the Ute Tribe; PHILLIP CHIMBURAS, in his official capacity as a Member of the Business Committee for the Ute Tribe; HONORABLE SMILEY ARROWCHIS, in his official capacity as Chief Judge of the Ute Trial Court; LYNDA KOZLOWICZ; EDSON GARDNER; KOZLOWICZ & GARDNER ADVOCATES, INC., a Ute Indian corporation; ATHENYA SWAIN; DEAN REED and JOHNNY SLIM, SR., <br><br>Defendants. | Civil No. 2:12-cv-00497 <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge: Evelyn J. Furse <br><br><br> **ORAL ARGUMENT REQUESTED** |

COMES NOW the Defendants Ute Indian Tribe of the Uintah and Ouray Reservation, Business Committee for the Ute Tribe of the Uintah and Ouray Reservation, Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation, Irene C. Cuch, Ronald J. Wopsock, Frances M. Poowegup, Stewart Pike, Sr., Richard Jenks, Jr., Phillip Chimburas and Honorable Smiley Arrowchis (collectively referred to herein as "Tribal Defendants"), through undersigned counsel, and move to dismiss the claims filed against them by Plaintiffs Honorable Clair M. Poulson and Derek Dalton for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process and insufficient service of process.

This Court lacks subject matter jurisdiction on grounds of (*i*) Indian tribal sovereign immunity; (*ii*) lack of federal question jurisdiction under 28 U.S.C. § 1331; and (*iii*) lack of diversity jurisdiction under 28 U.S.C. § 1332. To begin with, there is no waiver of tribal

2

sovereign immunity; secondly, the Plaintiffs' request for declaratory relief does not raise a federal question; and thirdly, the Tribal Defendants are not citizens of any state for purposes of diversity jurisdiction. Accordingly, this Court is without subject-matter jurisdiction and the claims against the Tribal Defendants must be dismissed with prejudice.

This Court lacks personal jurisdiction on the grounds of (*i*) insufficient process; and (*ii*) insufficient service of process. Tribal Defendants were not properly served the Summons and Amended Complaint in this matter pursuant to the requirements of Rule 4(e) and (h) of the Federal Rules of Civil Procedure. Accordingly, this Court is without personal jurisdiction and the claims and against the Tribal Defendants must be dismissed with prejudice.

The legal authority for the motion is contained in Tribal Defendants' supporting memorandum filed contemporaneously with this motion.

WHEREFORE, the Tribal Defendants' respectfully request that this honorable Court dismiss the claims against them with prejudice under Federal Rule 12(b)(1), (2), (4) and (5).

Dated this 30th day of July, 2012.

J. PRESTON STIEFF LAW OFFICES


/s/ J. Preston Stieff
J. Preston Stieff, USB #4764
136 East South Temple, Suite 2400
Salt Lake City, UT  84111-2221
Telephone:  (801) 366-6002
Facsimile:  (801) 366-6007
Email: jpslaw@qwestoffice.net

FREDERICKS PEEBLES & MORGAN, LLP


*/s/ Alvina L. Earnhart*
Alvina L. Earnhart (*Pro Hac Vice Pending*)
1900 Plaza Drive
Louisville, CO 80027
Telephone:  (303) 673-9600
Facsimile:  (303) 673-9155
Email: aearnhart@ndnlaw.com

*Attorneys for Defendants Ute Indian Tribe of the Uintah and Ouray Reservation; Business Committee for the Ute Tribe of the Uintah and Ouray Reservation; Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation; Irene C. Cuch; Ronald J. Wopsock; Frances M. Poowegup; Stewart Pike, Sr.; Richard Jenks, Jr.; Phillip Chimburas; and Honorable Smiley Arrowchis*

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2012, I electronically filed the foregoing **MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. 12(b)(1), (2), (4) AND (5) BY DEFENDANTS UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, BUSINESS COMMITTEE FOR THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION, TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION, IRENE C. CUCH, RONALD J. WOPSOCK, FRANCES M. POOWEGUP, STEWART PIKE, SR., RICHARD JENKS, JR., PHILLIP CHIMBURAS AND HONORABLE SMILEY ARROWCHIS,** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record as follows:

Jesse C. Trentadue
Carl F. Huefner
Noah M. Hoagland
Britton R. Butterfield
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, UT 84111
*Attorneys for Plaintiff*

Marea A. Doherty
Deputy Duchesne County Attorney
P.O. Box 346
Duchesne, UT 84021
*Attorneys for Plaintiff*

Edson Gardner
P.O. Box 472
Fort Duchesne, UT 84026
*Defendant*

Lynda Kozlowicz
P.O. Box 472
Fort Duchesne, UT 84026
*Defendant*

Kozlowicz & Gardner Advocates, Inc.
P.O. Box 472
Fort Duchesne, UT 84026
*Defendant*

Athenya Swain
P.O. Box 472
Fort Duchesne, UT 84026
*Defendant*

Johnny Slim, Sr.
P.O. Box 472
Fort Duchesne, UT 84026
*Defendant*

Dean Reed
c/o Janet Cuch
P.O. Box 404
LaPoint, UT 84039
*Defendant*

/s/ J. Preston Stieff
J. Preston Stieff

5