J. Preston Stieff, USB #4764
J. PRESTON STIEFF LAW OFFICES
136 East South Temple, Suite 2400
Salt Lake City, UT  84111-2221
Telephone:  (801) 366-6002
Facsimile:  (801) 366-6007
Email: jpslaw@qwestoffice.net

Alvina L. Earnhart (*Pro Hac Vice*)
FREDERICKS PEEBLES & MORGAN, LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155
Email: aearnhart@ndnlaw.com

*Attorneys for Defendants Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation; and Honorable Smiley Arrowchis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HONORABLE CLAIR M. POULSON, in his official capacity as Judge of the Duchesne County Justice Court, and DEREK DALTON,<br><br>Plaintiffs,<br><br>v.<br><br>UTE INDIAN TRIBE OF THE UINTAH and OURAY RESERVATION; BUSINESS COMMITTEE FOR THE UTE TRIBE OF THE UINTAH and OURAY RESERVATION; TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH and OURAY RESERVATION; IRENE C. CUCH, in her official capacity as Chairman of the Business Committee for the Ute Tribe; RONALD J. WOPSOCK, in his official capacity as Vice-Chairman of the Business Committee for the Ute Tribe; FRANCES M. POOWEGUP, in her official capacity as a Member of the Business | **MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. 12(b)(1), (2), (4) AND (5) BY DEFENDANTS TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION; AND HONORABLE SMILEY ARROWCHIS** |

| | |
|---|---|
| Committee for the Ute Tribe; STUART PIKE, SR., in his official capacity as a Member of the Business Committee for the Ute Tribe; RICHARD JENKS, JR., in his official capacity as a Member of the Business Committee for the Ute Tribe; PHILLIP CHIMBURAS, in his official capacity as a Member of the Business Committee for the Ute Tribe; HONORABLE SMILEY ARROWCHIS, in his official capacity as Chief Judge of the Ute Trial Court; LYNDA KOZLOWICZ; EDSON GARDNER; KOZLOWICZ & GARDNER ADVOCATES, INC., a Ute Indian corporation; ATHENYA SWAIN; DEAN REED and JOHNNY SLIM, SR., <br><br> Defendants. | Civil No. 2:12-cv-00497 <br><br> Judge Bruce S. Jenkins <br><br> Magistrate Judge: Evelyn J. Furse <br><br><br><br> **ORAL ARGUMENT REQUESTED** |

COMES NOW the Defendants Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation and Honorable Smiley Arrowchis (collectively referred to herein as "Defendants"), through undersigned counsel, and move to dismiss the claims filed against them by Plaintiffs Honorable Clair M. Poulson and Derek Dalton for lack of a ripe case or controversy under Art. III of the U.S. Constitution, lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process and insufficient service of process.

This Court lacks subject matter jurisdiction on grounds of (*i*) Indian tribal sovereign immunity; (*ii*) lack of federal question jurisdiction under 28 U.S.C. § 1331; and (*iii*) lack of diversity jurisdiction under 28 U.S.C. § 1332. To begin with, there is no waiver of tribal sovereign immunity; secondly, the Plaintiffs' request for declaratory relief does not raise a federal question; and thirdly, the Defendants are not citizens of any state for purposes of diversity jurisdiction. Accordingly, because there is no Article III jurisdiction and no statutory

2

jurisdiction, this Court lacks jurisdiction and the claims against the Defendants must be dismissed with prejudice.

This Court lacks personal jurisdiction on the grounds of (*i*) insufficient process; and (*ii*) insufficient service of process. Defendants were not properly served the Summons and Amended Complaint in this matter pursuant to the requirements of Rule 4(e) and (h) of the Federal Rules of Civil Procedure. Accordingly, this Court is without personal jurisdiction and the claims and against the Defendants must be dismissed with prejudice.

The legal authority for the motion is contained in Defendants' supporting memorandum filed contemporaneously with this motion.

WHEREFORE, the Defendants' respectfully request that this honorable Court dismiss the claims against them with prejudice under Federal Rule 12(b)(1), (2), (4) and (5).

Dated this 4th day of October, 2012.

FREDERICKS PEEBLES & MORGAN, LLP

*/s/ Alvina L. Earnhart*
Alvina L. Earnhart (*Pro Hac Vice*)
1900 Plaza Drive
Louisville, CO 80027
Telephone:  (303) 673-9600
Facsimile:  (303) 673-9155
Email: aearnhart@ndnlaw.com

J. PRESTON STIEFF LAW OFFICES

*/s/ J. Preston Stieff*
*(Signed by Filing Attorney)*
J. Preston Stieff, USB #4764
136 East South Temple, Suite 2400
Salt Lake City, UT  84111-2221
Telephone:  (801) 366-6002

Facsimile: (801) 366-6007
Email: jpslaw@qwestoffice.net

*Attorneys for Defendants Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation; and Honorable Smiley Arrowchis*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2012, I electronically filed the foregoing **MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. 12(b)(1), (2), (4) AND (5) BY DEFENDANTS TRIBAL COURT FOR THE UTE TRIBE OF THE UINTAH AND OURAY RESERVATION AND HONORABLE SMILEY ARROWCHIS,** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record as follows:

| | | |
|---|---|---|
| Jesse C. Trentadue | Edson Gardner | Athenya Swain |
| Carl F. Huefner | P.O. Box 472 | P.O. Box 472 |
| Noah M. Hoagland | Fort Duchesne, UT 84026 | Fort Duchesne, UT 84026 |
| Britton R. Butterfield | *Defendant* | *Defendant* |
| SUITTER AXLAND, PLLC | | |
| 8 East Broadway, Suite 200 | Lynda Kozlowicz | Johnny Slim, Sr. |
| Salt Lake City, UT 84111 | P.O. Box 472 | P.O. Box 472 |
| *Attorneys for Plaintiff* | Fort Duchesne, UT 84026 | Fort Duchesne, UT 84026 |
| | *Defendant* | *Defendant* |
| Marea A. Doherty | | |
| Deputy Duchesne County | Kozlowicz & Gardner | Dean Reed |
| Attorney | Advocates, Inc. | c/o Janet Cuch |
| P.O. Box 346 | P.O. Box 472 | P.O. Box 404 |
| Duchesne, UT 84021 | Fort Duchesne, UT 84026 | LaPoint, UT 84039 |
| *Attorneys for Plaintiff* | *Defendant* | *Defendant* |

*/s/ Alvina L. Earnhart*
Alvina L. Earnhart