Edson Gardner, Attorney Pro-Se.
Lynda Kozlowicz, Attorney Pro-Se.
Athenya Slim, Attorney Pro-Se.
Johnny Slim, Attorney Pro-Se.
Post Office Box 472
Fort Duchesne, Utah 84026
Telephone; (423) 722-8224 or 722-6707

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 1 6 2012

D. MARK JONES, CLERK
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Honorable Clair M. Poulson, Judge of the Duchesne County Justice Court, and Derek Dalton,<br><br>Plaintiff(s),<br>v.<br><br>Edson Gardner, and Lynda Kozlowicz, and Athenya Swain, and Johnny Slim.<br><br>Defendant(s), | Civil No. 212-CV-00497<br><br>DEFENDANT INDIAN'S MOTION IN OPPOSITION TO UTE TRIBE'S MOTION TO DISMISS<br><br><br><br><br><br>Judge, Bruce S. Jenkins |

Defendant, Edson Gardner, and Lynda Kozlowicz, and Athenya Swain, and Johnny Slim, submits Indian's Motion In Opposition To Ute Tribe's Motion To Dismiss. Defendant Indians have right to file claims against Plaintiff Duchesne County Justice Court Hon. Clair Poulson Judge, and Derek Dalton. District Court has subject matter jurisdiction grounds and to refrain Hon. Poulson, Duchesne County Justice Court, and Derek Dalton from exercising civil or criminal jurisdiction in manner that conflicts with federal law within exterior

1

boundaries of Uintah and Ouray Indian Reservation, as those boundaries were set forth by Tenth Circuit Court of Appeals in, <u>Ute Indian Tribe of the Uintah and Ouray Indian Reservation v. State of Utah</u>, 114 F. 3d 1513 (10th Cir. 1997), from interfereing in any way with tribe's exercise of criminal and civil or regulatory jurisdiction within exterior boundaries of Uintah and Ouray Indian Reservation, as those boundaries were set forth by Tenth Circuit and Federal District Court Order. Defendant Indians brought action as jurisdiction waiver of sovereign immunity through combination pursuant to <u>Civil rights and elective franchise</u>, 28 U.S.C. 1343, under any Act of Congress to enforce due process of Indian Civil Rights Act, <u>Indian Civil Rights Act</u>, 25 U.S.C. 1301-03. Defendant Indians contends, Act by itself is not jurisdictional, Pre-existing grant of jurisdiction under 28 U.S.C. 1343(4), serves as basis upon which to enforce any alleged violation of provisions of Indian Civil Rights Act which would, if Defendant Indian's arguments was accepted, be unenforceable and thus almost meaningless in determining whether there was cause of action under federal statutes in question. The situations implied appropriate remedy to carry out any Congressional purposes, is now become due process and civil rights violations of all Indians within the Uintah and

Ouray Indian boundaries.

In <u>Trial of right of property; burden of proof</u>, 25 U.S.C. 194, which provides that in trials involving title to property where an Indian is on one side and a White Person on the other, the burden of proof rest upon the White Person, Whenever the Indian shall make out a presumption of title in himself from the fact of previous possession or ownership. The statute was applied by Supreme Court. <u>Wilson v. Omaha Indian Tribe</u>, 442 U.S. 653 (1979).

The authority for Motion of Defendant Indians supporting Memorandum filed with this Motion is attached herein.

WHEREFORE, Defendant Indians respectfully request honorable District Court to grant claims against Plaintiff Hon. Judge Poulson, Duchesne County Justice Court, and Derek Dalton.

Respectfully submitted this day _15_ of Oct. 2012.

_____
Edson Gardner, Attorney Pro-Se.

_____
Lynda Kozlowicz, Attorney Pro-Se.

_____
Atheyna Swain, Attorney Pro-Se.

_____
Johnny Slim Jr., Attorney Pro-Se.

3

## CERTIFICATION OF SERVICE

This is to certify true and correct copy of **DEFENDANT INDIAN'S MOTION IN OPPOSITION TO DEFENDANT UTE TRIBE'S MOTION TO DISMISS,** foregoing document was delivered by mail first class, postage prepaid and addressed as follows on this __15__, day of Oct. 2012.

Jesse C. Trentadue
Carl F. Huefner
Noah M. Hoagland
Britten R. Butterfield
SUITTER AXLAND, PLL
8 EAST BROADWAY, SUITE 200
Salt Lake City, Utah 84111

J. Preston Stiff
J. PRESTON STIFF LAW OFFICE
136 East South Temple, Suite 2400
Salt Lake City, Ut 84111-2221

Alvina L. Earnhart
FREDERICKS PEEBLE & MORGAN LLP
1900 Plaza Drive
Louisville, Co 80027

_[signature]_
Lynda Kozlowicz,
Attorney Pro-Se.

1