FILED
U.S. DISTRICT COURT
2012 OCT 26 A 10:01
DISTRICT OF UTAH
BY_____
DEPUTY CLERK

**Prepared and Submitted by:**
Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)

Noah M. Hoagland (#11400)
Britton R. Butterfield (#13158)
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355
jesse32@sautah.com
chuefner@sautah.com
nhoagland@sautah.com
bbutterfield@sautah.com

Marea A. Doherty (# 7379)
Deputy Duchesne County Attorney
P.O. Box 346
Duchesne, Utah 84021
Tel: (435) 738-1144
Fax: (435) 738-1221
mdoherty@duchesne.utah.gov

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HONORABLE CLAIR M. POULSON, in his official capacity as Judge of the Duchesne County Justice Court, and DEREK DALTON,<br><br>Plaintiffs,<br>v.<br><br>UTE INDIAN TRIBE OF THE UINTAH and OURAY RESERVATION; et. al.,<br><br>Defendants. | [~~Proposed~~] ORDER FOLLOWING STATUS REPORT AND SCHEDULING CONFERENCE<br><br>Civil No. 2:12-cv-00497-BSJ<br><br>Judge: Bruce S. Jenkins |

On October 10, 2012, the Court held a Status Report and Scheduling Conference. Britton

R. Butterfield represented the plaintiffs, J. Preston Stieff and Francis C. Bassett represented the Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation, the Business Committee for the Ute Tribe of the Uintah and Ouray Reservation, Smiley Arrowchis, Irene C. Cuch, Ronald J. Wopsock, Frances M. Poowegup, Stewart Pike, Sr., Richard Jenks, Jr., and Phillip Chimburas. Additionally, Edson Gardner and Lynda Kozlowicz appeared *pro se*.

The Court scheduled hearings to address the current pending motions. The Court will hear the motions filed by J. Preston Stieff on November 6, 2012, at 10:00 a.m. The Court will then hear the motions filed by Edson Gardner on November 6, 2012, at 1:30 p.m.

In order for the parties to adequately brief the motions Mr. Stieff filed on October 4, 2012[1], and October 5, 2012[2], any opposition must be submitted by October 26, 2012, and any reply briefs must be submitted by November 2, 2012.

Additionally the Court notes that it has withdrawn the Order of Reference.

DATED this 25th day of October, 2012.

BY THE COURT

Honorable Bruce S. Jenkins
United States District Court Judge

T:\4000\4530\103\PROPOSED ORDER FOLLOWING STATUS CONFERENCE.wpd

---

[1] Doc. 98.
[2] Doc. 101.