## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins    COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

RECEIVED
NOV 0 6 2012
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

CASE NO. 12-C-497 BSJ

Poulson, et al v. Ute Indian Tribe of the Uintah and Ouray Reservation, et al

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Jesse C. Trentadue |
| Pla | Marea A. Doherty (Duchesne Co.) |
| Dft | J. Preston Stieff |
| Dft | Francis Bassett, *pro hac vice* |
| Dft | Alvina I. Earnhart |
| Dft | Lynda Kozlowicz, *pro se* |
| Dft | Edson Gardner, *pro se* |
| Dft | Athenya Swain, *pro se* |

DATE: November 6, 2012, 10:05 AM - 12:20 PM [AM Hearing]

MATTER SET: All pending motions other than Gardner Motions     ( 2 hrs / 15 mins ), Rm 420

DOCKET ENTRY:

    Argument & discussion heard. Crt recesses 11:15 AM, reconvenes 11:35 AM. Argument & discussion heard. Crt rules:

- Grants, in part, motion to dismiss, as to the Ute Indian Tribe, Business Committee & named members as to Gardner & Kozlowicz.
- Denies, motion to dismiss as to Tribal Court & Chief Judge.
- Denies, motion to dismiss as to specific named members as to Swain, Reed, & Slim.

    Dfts to prepare & submit order, with pla response within 7 days of the order & reply to dft 7 days, thereafter.

- Remaining dfts file answer within 20 days.