# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins  
COURT REPORTER: Kellie Peterson (Thacker)  
COURTROOM DEPUTY: Michael R. Weiler  
INTERPRETER: None

CASE NO. 12-C-497 BSJ

Poulson, et al v. Ute Indian Tribe of the Uintah and Ouray Reservation, et al

Approved By:_____

RECEIVED NOV 0 8 2012 OFFICE OF U.S. DISTRICT JUDGE BRUCE S. JENKINS

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Jesse C. Trentadue |
| Pla | Marea A. Doherty (Duchesne Co.) |
| Dft | Lynda Kozlowicz, *pro se* |
| Dft | Edson Gardner, *pro se* |

DATE: November 6, 2012, 1:30 PM - 2:00 PM [PM Hearing]

MATTER SET: All Pending Gardner Motions                                  ( 30 mins ), Rm 420

DOCKET ENTRY:

Crt indicates the the following motions were ruled on this morning:

-Motions to dismiss (**Dkts #9, #12, & #46**).

Argument & discussion heard on remaining motions. Crt rules:

- Denies, Gardner & Kozlowicz' motion requesting judicial notice (**#11**).

- Denies, Gardner & Kozlowicz' motion to confirm tribal jurisdiction (**#15**).

- Denies, Gardner & Kozlowicz' motion for sanctions (**#16**).

- Denies, Gardner & Kozlowicz' motion to remand to Ute Tribal Court (**#47**). Crt indicates that it must have something before it to remand.

- Denies, Gardner & Kozlowicz' motion for supplemental [relief] on retaliation from Ute Indian Tribe (**#53**).

- Denies, defendants Gardner's motion for preliminary injunction, TRO (**#66**).

- Denies, defendants Gardner's motion for Temporary Restraining Order (**#96**).

- Denies, defendant Gardner, Kozlowicz, Swain & Slim's Motion in Opposition to Ute Indian Tribe's Motion to dismiss. Court reminds defendants that dismissed motion was ruled upon this morning (**#106**).

- Denies, Gardner & Kozlowicz' motion for contempt re: Duchesne County Justice Court (**#111**).

Court informs defendants that an individual action for relief may be pursued with the appropriate jurisdiction and that Gardner & Kozlowicz' motion to dismiss them from the action was granted at the morning hearing.

Lynda Kozlowicz, defendant *pro se* and Edson Gardner, defendant *pro se* are dismissed from this action.

Mr. Trentadue to prepare & submit proposed order.