**Prepared and Submitted by:**
Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)
Noah M. Hoagland (#11400)
Britton R. Butterfield (#13158)
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355
jesse32@sautah.com
chuefner@sautah.com
nhoagland@sautah.com
bbutterfield@sautah.com
*Attorneys for Plaintiff*

Grant H. Charles (#10865)
Deputy Duchesne County Attorney
P.O. Box 336
Duchesne, Utah 84021
Tel: (435) 738-1144
Fax: (435) 738-1221
gcharles@duchesne.utah.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HONORABLE CLAIR M. POULSON, in his official capacity as Judge of the Duchesne County Justice Court, and DEREK DALTON,<br><br>Plaintiffs,<br>v.<br><br>UTE INDIAN TRIBE OF THE UINTAH and OURAY RESERVATION; et. al.,<br><br>Defendants. | [Proposed] **ORDER DENYING MOTION TO DISMISS RE: MOOTNESS**<br><br>Civil No. 2:12-cv-00497-BSJ<br><br>Judge: Bruce S. Jenkins |
| DEAN REED,<br><br>    Counterclaim and<br>    Third-Party Plaintiff,<br>v.<br><br>DEREK DALTON, in his individual and official capacity; GRANT H. CHARLES, in his individual and official capacity as a Deputy Attorney of the Duchesne County Attorney's Office; DUCHESNE COUNTY, UTAH; and John/Jane Does 1-5, in their individual and official capacities,<br><br>    Counterclaim and<br>    Third-Party Defendants. | |

Defendants Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation and Chief Judge Smiley Arrowchis' *Motion to Dismiss* based on mootness (Doc. 139) came on for a regularly scheduled hearing before the Court on June 25, 2013. Plaintiffs Clair Poulson and Derek Dalton were represented at that hearing by Deputy County Attorney Marea Doherty, and Deputy County Grant Charles both from the Duchesne County Attorney's Office, and by Jesse C. Trentadue from the firm Suitter Axland, PLLC. Defendants Ute Tribal Court and Chief Judge Arrowschis were represented by Jeffrey Rasmussen of the firm Fredericks Peebles & Morgan, LLP, as well as J. Preston Stieff of the firm J. Preston Stieff Law Offices.

The Court having heard and considered the arguments of counsel and being otherwise knowledgeable with respect to the parties' submissions on this matter finds that Plaintiffs' claims are not moot because not only is there a likelihood that Plaintiffs will continue to be subject to suit in the Ute Tribal Court but they are in fact still being sued in the Ute Tribal Court. Therefor, Defendants Tribal Court for the Ute Tribe of the Uintah and Ouray Reservation and Chief Judge Smiley Arrowchis' *Motion to Dismiss* based on mootness (Doc. 139) is DENIED.

Dated this 8th day of July, 2013.

Bruce S. Jenkins
United States District Judge

**Approved as to Form:**


/s/ J. Preston Stieff
J. Preston Stieff


*T:\4000\4530\103\PROPOSED ORDER RE MOTION DISMISS RE MOOTNESS.wpd*